AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>QUASHAD PETERSON TAYLOR,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 21-6280-SNOW<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 29, 2021__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 31, United States Code, Section 5332 | The defendant, QUASHAD PETERSON TAYLOR, with intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, did knowingly conceal more than ten thousand dollars ( $10,000.00) in United States currency, on his person and any conveyance, article of luggage, and other container, and did attempt to transport and transport such currency from a place within the United States to a place outside of the United States, in violation of Title 31, United States Code, Section 5332(a). |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Rafael Moronta, Special Agent, HSI
*Printed name and title*

Sworn to and signed before me telepohonically.

Date: April 29, 2021

*Judge's signature*

City and state: Fort Lauderdale, Florida       Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Rafael Moronta, being duly sworn, do hereby depose and state:

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI") in Fort Lauderdale, Florida, and have been so employed since 2011. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code; that is, an officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in Titles 08, 18, 21 and 31 of the United States Code. As an HSI Special Agent, I have participated in multiple narcotics investigations involving physical and electronic surveillance, execution of search, seizure and arrest warrants, investigation of international drug importations and domestic drug distribution organizations, as well as investigations involving the transport of large quantities of cash, concealed or otherwise.

2. This Affidavit is based upon my personal knowledge, as well as on information provided to me by other law enforcement officers and agencies. The information set forth herein is provided solely for the purpose of establishing probable cause in support of a criminal complaint. Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not include all the details of the investigation of which I am aware.

3. On April 29, 2021, Customs and Border Protection (CBP) and Homeland Security Investigations (HSI) were conducting an outbound operation at The Fort Lauderdale Executive Airport (FXE), which included inspections on all international flights and aircrafts leaving the United States. On said date, a "Tropic Air Charters Inc." aircraft with tail # N296TA, which was on the runway for its

scheduled departure to Freeport, Bahamas, was diverted to a customs inspection by the Federal Aviation Administration (FAA) airport tower control.

4. QUASHAD PETERSON TAYLOR was a passenger on board along with two crew members. According to his United States passport, TAYLOR was born in the state of Florida and is a Untied States citizen.

5. The aircraft returned to the customs inspection area. HSI and CBP officers conducted a customs inspection of the passengers, crew and the aircraft. TALYOR and two crew members deplaned the aircraft and were asked to present their passports and identification documents. HSI asked if any one of them had any currency over $10,000, narcotics, firearms or munitions to declare. TAYLOR and the two crew members first collectively, and then individually, answered no by shaking their heads sideways. HSI advised that a law enforcement canine would inspect the aircraft and its contents. All three occupants said okay.

6. During the search, a CBP canine, who is trained to alert to the odor or presence of currency, alerted to a grey backpack at the rear cargo area of the aircraft. TAYLOR claimed ownership of the grey backpack. A second verbal customs declaration was taken. Specifically, TAYLOR was asked if he had any currency to declare to which TAYLOR responded he had "a hundred." TAYLOR was asked to clarify his response and if he meant one hundred dollars or one hundred thousand dollars. TAYLOR nodded his head in response.

7. CBP officers opened the backpack and discovered several wrapped bundles of United States currency. All aircraft occupants were taken inside the customs area. A law enforcement records check indicated that in 2018 TAYLOR had been suspected of traveling with "bulk cash" into and out of the United States. TAYLOR is a FAA licensed pilot and has multiple international travel into and out

of the United States including an entry into the United States from the Bahamas on Wednesday, April 28, 2021.

8. A continued search of the cargo area revealed three large plastic storage bins which contained more wrapped United States currency, empty money storage bags and numerous rubber bands. TAYLOR and the crew admitted that this cargo belonged to TAYLOR.  A search of TAYLOR's "fanny pack" also revealed more undeclared bulk cash.  The currency was wrapped in mixed bundles of $10s, $20s, $50s, and $100s.

9. Your Affiant read CBP form "CP-503" "Currency Reporting" verbatim to TAYLOR. TAYLOR stated he understood English and voluntarily filled out the form.  The second question on the form ask, "How much currency or monetary instruments are you transporting in total?" TAYLOR wrote in "1,030,000.00", your Affiant asked him to clarify the amount and he responded "one million thirty thousand dollars."  TAYLOR signed and dated the forms.  TAYLOR also signed a Department of Homeland Security (DHS) form 4607, "Notice of abandonment and assent to forfeiture of prohibited or seized merchandise," which was explained to him as a form of abandoning and withholding any ownership to the currency found on him and the aircraft.

10. Based on the foregoing facts, your Affiant respectfully submits that there is probable cause to believe that on or about April 29, 2021, in Broward County, in the Southern District of Florida, QUASHAD PETERSON TAYLOR, with intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, did knowingly conceal more than ten thousand dollars ($10,000.00) in United States currency, that is, approximately one million and thirty thousand dollars in United States currency on his person and in a conveyance, article of luggage, and other container, and

did transport and attempt to transport such currency from a place within the United States to a place outside of the United States, in violation of Title 31, United States Code, Section 5332(a).

FURTHER AFFIANT SAYETH NAUGHT.

Rafael Moronta, Special Agent
Department of Homeland Security
Homeland Security Investigations

Sworn to and signed before me telephonically this  29th  day of April, 2021.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Page 4 of 4