UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60168-CR-MARRA/VALLE
31 U.S.C. § 5332(a)
31 U.S.C. § 5332(b)(2)

UNITED STATES OF AMERICA

v.

QUASHAD PETERSON TAYLOR,

Defendant.
_____/

FILED BY _____ D.C.

JUN 10 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## INFORMATION

The Acting United States Attorney charges that:

### COUNT 1
### Bulk Cash Smuggling
### (31 U.S.C. § 5332(a))

On or about April 29, 2021, at Fort Lauderdale Executive Airport, in Broward County, in the Southern District of Florida, the defendant,

**QUASHAD PETERSON TAYLOR,**

with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, did knowingly conceal more than ten thousand dollars ($10,000.00) in United States currency, that is, approximately one million, forty-two thousand, six hundred and eighty-three dollars in United States currency ($1,042,683.00) in United States currency, on his person, and in a conveyance, article of luggage, and other container, and did transport and attempt to transport such currency from a place in the United States to place outside the

United States, in violation of Title 31, United States Code, Section 5332(a) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

1. The allegation of this Information is hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **QUASHAD PETERSON TAYLOR,** has an interest.

2. Upon conviction of a violation of Title 31, United States Code, Section 5332, as alleged in this Information, the defendant, shall forfeit to the United States any property, real or personal, involved in the offense, and any property traceable to such property, pursuant to Title 31, United States Code, Section 5332(b)(2).

3. The property subject to forfeiture as a result of the alleged offense includes, but is not limited to, approximately one million, forty-two thousand, six hundred and eighty-three dollars in United States currency ($1,042,683.00), seized from the defendant on or about April 29, 2021.

All pursuant to Title 31, United States Code, Section 5332(b)(2), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 31, United States Code, Section 5332(b)(3).

*[signature]*
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

*[signature]*
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

QUASHAD PETERSON TAYLOR,

_____ Defendant/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [✓] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)   [ ] Yes   [✓] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____
4. This case will take _____ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days       [✓]
   - II  6 to 10 days      [ ]
   - III 11 to 20 days     [ ]
   - IV  21 to 60 days     [ ]
   - V   61 days and over  [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) _____
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes: Magistrate Case No. **21-MJ-6280-LSS**
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of **4/29/2021**
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
DONALD F. CHASE, II
Assistant United States Attorney
Court ID No.     A5500077

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Quashad Peterson Taylor    **Case No**:

Count: 1

Bulk Cash Smuggling

31 U.S.C. § 5332(a)

*****Max. Penalty:** Five (5) years' imprisonment, Five (5) years of Supervised Release, and $250,000 fine.

*****Max. Penalty:**

*****Max. Penalty:**

Count:

*****Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| QUASHAD PETERSON TAYLOR | ) | 21-60168-CR-MARRA/VALLE |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*